AO91 (Rev. 12/03) Criminal Complaint    *Felony*    AUSA

United States District Court
Southern District of Texas
**FILED**

JUN 1 4 2019

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Jose Natividad GONZALEZ-Arrevalos
A205 636 948  Mexico

**CRIMINAL COMPLAINT**

Case Number: B-19- 662-mJ

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 13, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on June 13, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on March 27, 2019. The defendant was convicted of Alien Found in the United States after Deportation on February, 21 2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no Funds at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Peterson, Clayton E.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 14, 2019                                    at    Brownsville, Texas
Date                                                      City/State

Ignacio Torteya III        U.S. Magistrate Judge
Name of Judge              Title of Judge                Signature of Judge